# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br><br>v.<br>**Oscar David CONTRERAS GUZMAN**<br>a/k/a<br>**Angel Eduardo PINEDA ROBLES**<br><br>_Defendant_ | Case No. 25-mj- 88 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 17, 2025, in the County of Niagara, in the Western District of New York, the defendant, **OSCAR DAVID CONTRERAS GUZMAN** also known as "Angel Eduardo Pineda Robles", an alien, not a citizen or national of the United States, and did knowingly and willfully make a materially false statement to officers of the United States Department of Homeland Security, Customs and Border Protection, in a matter under their jurisdiction.

**All in violation of Title 18, United States Code, Section 1001(a)(2).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_Daniel A. Whitten_
_Complainant's signature_

DANIEL A. WHITTEN
ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION
_Printed name and title_

Sworn to telephonically.

Date: May 19, 2025

_H. Kenneth Schroeder, Jr._
_Judge's signature_

HONORABLE H. KENNETH SCHROEDER JR.
UNITED STATES MAGISTRATE JUDGE
_Printed name and title_

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF NIAGARA ) SS:
CITY OF LEWISTON )

**Daniel A. Whitten**, being duly sworn, deposes and states:

1. I am an Enforcement Officer with United States Customs and Border Protection ("CBP"), within the Department of Homeland Security ("DHS"), and have been so employed for the past 16 years. Prior to that, I was employed by the same Agency, in a similar capacity, for 5 years. In such capacity, my duties include investigating individuals suspected of violating federal immigration laws and other related federal statutes and crimes.

2. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 18, United States Code, Section 1001(a)(2).

3. I make this affidavit in support of the annexed criminal complaint charging **OSCAR DAVID CONTRERAS GUZMAN**, also known as "Angel Eduardo Pineda Robles", an alien, and not a citizen or national of the United States, born in 1975 in El Salvador, known hereinafter as the "defendant", with knowingly and willfully making a materially false statement to Officers of the United States Department of Homeland Security, Customs and Border Protection, in a matter under their jurisdiction, in violation of Title 18 United States Code, Section 1001(a)(2).

1

4.  The Department of Homeland Security is an agency within the executive branch of the Government of the United States and is the agency responsible for making the determination to admit an applicant to the United States. Information concerning an applicant's true identity, immigration status, criminal history, and prior immigration history, such as prior removals, visa refusals, and entries, are matters material to making an admissibility determination.

5.  The statements contained in this affidavit are based upon my personal knowledge and upon information provided to me by other U.S. Customs and Border Protection Officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 18, United States Code, Section 1001(a)(2).

6.  On May 17, 2025, at approximately 01:52 a.m., at the Lewiston Bridge Port of Entry in Lewiston, New York, in the Western District of New York, a CBP Officer was conducting primary inspections when a commercial truck bearing Maryland State registration entered his lane for inspection. The defendant was driving the vehicle. The defendant, presented, as proof of identity, a Maryland State Driver's License in the name "Angel Eduardo Pineda Robles". The defendant also claimed to be a citizen of Mexico and indicated that he had been refused entry to Canada, as he had made a wrong turn onto the Lewiston Bridge, as he was attempting to drive to Michigan. The defendant was referred to secondary

to determine his immigration status in the United States.

7. The secondary inspection was conducted by another CBP Officer. The defendant claimed he was a citizen of Mexico and had in his possession a Mexican Consular ID card, in the name Angel Eduardo Pineda Robles. To verify the defendant's identity, his fingerprints were searched in the Integrated Automated Fingerprint Identification System (IAFIS). This query resulted in a positive response revealing that the defendant was issued an FBI number and a Fingerprint Identification number (FIN) all in the name **OSCAR DAVID CONTRERAS GUZMAN**, after he was encountered by the United States Border Patrol, while attempting to enter the United States without inspection, in March of 2003. The FBI and Fingerprint Identification Numbers both referenced alien file number A094 438 XXX. The defendant, at the time of the encounter with the United States Border Patrol in March of 2003, gave the name **OSCAR DAVID CONTRERAS GUZMAN** and claimed to be a citizen and national of El Salvador.

8. An electronic review of Alien File 094 438 XXX revealed that the defendant, **OSCAR DAVID CONTRERAS GUZMAN**, was ordered removed by an Immigration Judge, on June 9, 2003 and eventually removed to El Salvador on April 10, 2007.

9. The CBP Officer questioned the defendant, concerning his identity and citizenship and the defendant continued to claim that his name was "Angel Eduardo Pineda Robles" and that he was born in Mexico. After further questioning, the defendant later admitted that his true identity was, in fact, **OSCAR DAVID CONTRERAS GUZMAN** and

that he is a citizen of El Salvador. He also admitted that he purchased a Mexican birth certificate in the name "Angel Eduardo Pineda Robles" in order to obtain the Maryland Driver's License and Mexican Consular ID card.

WHEREFORE, I respectfully submit the foregoing facts to establish probable cause to believe that on May 17, 2025, **Oscar David CONTRERAS GUZMAN** did make a materially false statement to United States Customs and Border Protection Officers, in a matter under their jurisdiction, in violation of Title 18, United States Code, Section 1001(a)(2). I further request that a Criminal Complaint in the form annexed be issued.

*Daniel A. Whitten*
Daniel A. Whitten
Enforcement Officer
U.S. Customs and Border Protection

Sworn to telephonically this

19th day of May, 2025

*H. Kenneth Schroeder, Jr.*
H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

4